**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 95-2549**

_____

PHILIP HOWERTON, M.D.; RAY M. ANTLEY, M.D.;
BLUE RIDGE RADIOLOGY ASSOCIATES, P.A.,

Plaintiffs - Appellants,

versus

GRACE HOSPITAL, INCORPORATED; PIEDMONT MEDICAL
IMAGING, P.C.,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Shelby.  Lacy H. Thornburg, District Judge.  (CA-90-187-4)

_____

Argued:  July 9, 1996          Decided:  September 4, 1996

_____

Before RUSSELL, WIDENER, and HALL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

**ARGUED:** Robert Nelson Meals, LAW OFFICES OF ROBERT N. MEALS, P.L.L.C., Seattle, Washington, for Appellants.  James H. Sneed, MCDERMOTT, WILL & EMERY, Washington, D.C., for Appellees.  **ON BRIEF:** Wayne M. Martin, Morganton, North Carolina, for Appellants. Thomas M. Starnes, PATTON, STARNES, THOMPSON, AYCOCK, TEELE & BALLEW, P.A., Morganton, North Carolina, for Appellee Grace Hospital; Thomas C. Morphis, TATE, YOUNG, MORPHIS, BACH & TAYLOR, L.L.P., Hickory, North Carolina, for Appellee Piedmont Medical Imaging.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In this action for damages and injunctive relief under the Sherman Act, physicians Philip Howerton and Ray M. Antley, together with their company, Blue Ridge Radiology Associates, P.A., appeal the district court's grant of summary judgment to the defendants, Grace Hospital, Inc., and Piedmont Medical Imaging, P.C. (PMI).

We have considered the briefs and arguments of the parties, and we affirm the judgment of the district court for the reasons stated by that court in its memorandum opinion. <u>Howerton et al. v. Grace Hospital, Inc., et al.</u>, No. CA-90-187-4 (W.D.N.C., July 7, 1995).

<u>AFFIRMED</u>